# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1133

_____

| | | |
|---|---|---|
| Rodney Keith Jones, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: April 22, 2002
Filed: May 6, 2002

_____

Before McMILLIAN, BOWMAN, and BYE, Circuit Judges.

_____

PER CURIAM.

Rodney Keith Jones appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion. As the court correctly concluded, Jones's sentence is not affected by Amendment 599 to the Sentencing Guidelines. We therefore affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.